UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2016 JUN -2 PM 2: 46

CLERK

BY_____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Crim. No.: 2:16-cr-79-1 |
| ) | |
| ANTHONY BRUNDAGE, ) | |
| a.k.a. Rome, ) | |
| Defendant ) | |

INDICTMENT

The Grand Jury charges:

COUNT 1

In or about April 2015, in the District of Vermont and elsewhere, defendant ANTHONY BRUNDAGE, a.k.a. Rome, knowingly and willfully conspired with others known and unknown to the Grand Jury to distribute heroin, a Schedule I controlled substance.

(21 U.S.C. §§ 846, 841(a)(1))

A TRUE BILL

███████████████████

FOREPERSON

_____
ERIC S. MILLER
United States Attorney
Burlington, Vermont
June 2, 2016